UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**KARY JARVIS,**

    Plaintiff,

v.                                         Case No.:

**CITY OF DAYTONA BEACH,**
a Florida Municipal Corporation;
and **MARVILLE TUCKER,** in his official
capacity and also, individually; and
**JAMES MACKENZIE,** in his official
Capacity and also, individually.

    Defendants,
_____/

## JOINT NOTICE OF REMOVAL

Defendants, **CITY OF DAYTONA BEACH, MARVILLE TUCKER and JAMES MACKENZIE**, by and through undersigned counsel, pursuant to 28 U.S.C. Section 1441, 28 U.S.C. Section 1443, and 28 U.S.C. Section 1446, hereby files and serves this Notice of Removal of the above captioned case from the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, and in support thereof, state as follows:

1. All events giving rise to this cause of action took place in the Middle District of Florida, Orlando Division.

2. This Court has jurisdiction pursuant to 28 U.S.C. Section 1343(a)(3) because the action is being pursued to redress alleged deprivations under color of state law of the Plaintiff's rights secured by the United States Constitution.

3. This Court should exercise supplemental jurisdiction over the Plaintiff's state law claim pursuant to 28 U.S.C. Section 1367, because the state law claim is closely related and intertwined with the Plaintiff's claims for alleged violation of rights under the United States Constitution.

4. This Notice of Removal is timely filed pursuant to 28 U.S.C. Section 1446(b). Less than thirty (30) days have passed since the Defendants were served with the Summons and Complaint.

5. The Defendants consent to the removal of this action.

6. The Defendants have filed one legible copy of all process, pleadings, and orders that have been filed in the State Court action pursuant to 28 U.S.C. Section 1446(a). Copies are attached hereto as Exhibit "A."

Dated: March 20, 2023

*/s/ David M. B. Russell, Esq.*
**DAVID M. B. RUSSELL, ESQ.**
Florida Bar No.: 93634
**CITY OF DAYTONA BEACH**
P.O. Box 2451
Daytona Beach, FL 32115
Tel. (386) 671-8040
Fax (386) 671-8049
Primary email: russelldavid@codb.us
Secondary email: barnettlisa@codb.us
Attorney for Defendant City of Daytona Beach


*/s/ Bruce R. Bogan, Esq.*
**Bruce R. Bogan, Esq.**
Fla. Bar No. 599565
David R. Jadon, Esq.
Fla. Bar No. 1010249
Hilyard, Bogan & Palmer P.A.
105 E. Robinson Street, suite 201
Orlando, Fl. 32801
Telephone: 407-425-4251 ex.213
Facsimile 407-841-8431
Email: bbogan@hilyardlawfirm.com
djadon@hilyardlawfirm.com
Attorneys for Defendants:
Marville Tucker and James Mackenzie

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 20, 2023 , I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and served a copy of the foregoing by eservice to the following: Arthur A. Huggins, Esq., 435 S. Ridgewood Ave., Suite 117, Daytona Beach, FL 32114 arthurhugginslaw@gmail.com.

*/s/ David M. B. Russell, Esq.*
**DAVID M. B. RUSSELL, ESQ.**
Florida Bar No.: 93634
**CITY OF DAYTONA BEACH**
P.O. Box 2451
Daytona Beach, FL 32115
Tel. (386) 671-8040
Fax (386) 671-8049
Primary email: russelldavid@codb.us
Secondary email: barnettlisa@codb.us
Attorney for Defendant City of Daytona Beach

 */s/ Bruce R. Bogan, Esq.*
**Bruce R. Bogan, Esq.**
Fla. Bar No. 599565
David R. Jadon, Esq.
Fla. Bar No. 1010249
Hilyard, Bogan & Palmer P.A.
105 E. Robinson Street, suite
201
Orlando, Fl. 32801
Telephone: 407-425-4251 ex.213
Facsimile 407-841-8431
Email: bbogan@hilyardlawfirm.com
djadon@hilyardlawfirm.com
Attorneys for Defendants:
Marville Tucker and James Mackenzie

<span style="color:red">**Exhibit A**</span>

**IN THE CIRCUIT COURT OF THE SEVENTH JUDICIAL CIRCUIT
IN AND FOR VOLUSIA COUNTY, FLORIDA**

**KARY JARVIS,**

    Plaintiff,

v.                                                 Case No.: 2023-30194-CICI

**CITY OF DAYTONA BEACH,
a Florida Municipal Corporation;
MARVILLE TUCKER, in his official
Capacity and also, individually; and
JAMES MACKENZIE, in his official capacity
and also, individually,**

    Defendants,
_____/

**<u>NOTICE OF FILING NOTICE OF REMOVAL</u>**

Defendants, **CITY OF DAYTONA BEACH, MARVILLE TUCKER, AND JAMES MACKENZIE**, by and through undersigned counsel, hereby files and serves this Notice that on March 24, 2023, the Defendants filed a Notice of Removal of the above captioned case from the Circuit Court of the Seventh Judicial Circuit, in and for Volusia County, Florida, to the United States District Court for the Middle District of Florida, Orlando Division, to which Notice of Removal was attached copies of all process, pleadings, and proceedings filed in this case.  A copy of the Notice of Removal, without Exhibits, is attached hereto as Exhibit "A."

**CERTIFICATE OF SERVICE**: I HEREBY CERTIFY as a registered participant who uses the Florida Courts e-filing portal, that I have filed and served a true and correct copy of the foregoing via the e-Filing Portal in accordance with Rule 2.516, Florida Rules of Judicial Administration to all parties of record on 20th day of March, 2023.

*/s/ David M. B. Russell, Esq.*
**DAVID M. B. RUSSELL, ESQ.**
Florida Bar No.: 93634
**CITY OF DAYTONA BEACH**
P.O. Box 2451
Daytona Beach, FL 32115
Tel. (386) 671-8040
Fax (386) 671-8049
Primary email: russelldavid@codb.us
Secondary email: barnettlisa@codb.us
Attorney for Defendant City of Daytona Beach


*/s/ Bruce R. Bogan, Esq.*
**Bruce R. Bogan, Esq.**
Fla. Bar No. 599565
David R. Jadon, Esq.
Fla. Bar No. 1010249
Hilyard, Bogan & Palmer P.A.
105 E. Robinson Street, suite 201
Orlando, Fl. 32801
Telephone: 407-425-4251 ex.213
Facsimile 407-841-8431
Email: bbogan@hilyardlawfirm.com
djadon@hilyardlawfirm.com
Attorneys for Defendants:
Marville Tucker and James Mackenzie