Exhibit 4



UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:23-cv-508-PGB-RMN

KARY JARVIS,

Plaintiff,

V.

CITY OF DAYTONA BEACH,
a Florida Municipal Corporation;
and MARVILLE TUCKER, in his official capacity
and also, individually; and
JAMES MACKENZIE, in his official capacity
and also, individually.

Defendants.

---

RECORDED INTERVIEW
OF
OFFICER JAMES MACKENZIE
(IA Case No. 2002-004)

DATE: MONDAY, JUNE 13, 2022

TIME: 4:06 p.m. - 4:15 p.m.

TRANSCRIBED BY: SHEILA CURRIE, RPR
A-1 Court Reporting

* * * * * *

DETECTIVE ROMAN: Today is Monday, June 13th, 2022. The time is approximately 4:06 p.m. Detective Abisai Roman with the Office of Professional Standards, along with Sergeant Angel Chirillo also with the Office of Professional Standards.

Today we are interviewing Officer James Mackenzie in reference to IA case 2022-004. Here to represent Officer Mackenzie is his PBA rep, Mike Scudiero.

Actually, before we get started, I just want to acknowledge that your interview was going to be on Tuesday and, as per you guys, you guys asked to switch it to today, Monday, June 13th.

MR. SCUDIERO: Correct.

OFFICER MACKENZIE: Yes, sir.

DETECTIVE ROMAN: Also, would you mind if Sergeant Chirillo also asks questions? Of course we're not going to bombard you.

OFFICER MACKENZIE: Yeah.

MR. SCUDIERO: Yes.

DETECTIVE ROMAN: Thank you very much.

All right. Officer Mackenzie, did you have a chance to read the subject of P&C notification?

OFFICER MACKENZIE: Yes, sir.

DETECTIVE ROMAN: Did you understand what your read?

OFFICER MACKENZIE: Yes, sir.

DETECTIVE ROMAN: Is that your signature?

OFFICER MACKENZIE: Yes, sir.

DETECTIVE ROMAN: Can you do me a favor and raise your right hand?

Do you swear the testimony you're about to give is the truth, the whole truth and nothing but the truth?

OFFICER MACKENZIE: I do.

DETECTIVE ROMAN: Thank you, sir.

EXAMINATION

BY DETECTIVE ROMAN:

Q. We asked you in today in reference to a citizen complaint that was filed by Kary Jarvis in reference to a traffic stop that you and Former Officer Marville Tucker conducted on October 23rd, 2020.

Do you remember that incident?

A. Yes, sir.

Q. All right. Can you do me a favor and just tell me exactly what happened that day?

A. So when Officer Tucker and I came into service we were dispatched to a narcotics complaint at the

Virginia Apartments. It's a well-known area down in South Ridgewood for narcotics, narcotic activity, et cetera.

We were given a vehicle description prior to going to the area. And when we get on scene in the area, I believe it was Officer Tucker detected the vehicle, followed the vehicle into the gas station, did a quick little drive-by to get a visual of the driver and license plate on the vehicle. The driver pumps his gas, does whatever, leaves the parking lot.

Officer Tucker observes the traffic violation. He then activates his emergency lights and sirens conducting a traffic stop based on that violation. And he messaged me on the computer saying, Hey, turn of events.

The vehicle comes to a final rest just east of Ridgewood and Beville on that one-way road on Beville. We approached the vehicle, Officer Tucker on the driver's side, myself on the passenger side. Officer Tucker does his little traffic stop spiel, obtains his driver's license, registration, insurance, and goes back to his vehicle.

I stayed with the vehicle to keep a constant eye on the driver because there were furtive movements. And right away I observed a large knife. I don't

remember exactly where it was, but it was in plain view. I said, Hey, don't make any movements, I see the knife, just keep your hands where I can see them. Okay? I continued small conversation with the guy just to keep him distracted. It's something I was trained to do and something I like to do.

Officer Tucker does his thing on the computer, comes back, gives the guy his stuff back and then asked him to search the vehicle, asked him if there's any contraband or anything like that in the vehicle. The guy says, No, there isn't. I then explained to him, Hey, there were furtive movements, we need to eliminate the possibility if there's firearms, I think it's like grenades, knives, et cetera.

The guy -- Tucker opens the door. The guy gets out of the vehicle, he's fine. Then I walk over. Then he starts getting verbally combative with us and then retreats back into the vehicle. And we don't know if there's a gun, if he's trying to get something to attack us with. So we give him several commands to, Hey, get out of the vehicle, get out of the vehicle. I then tell him, All right, you're going to jail.

We go hands on with the guy trying to take him out of the vehicle. He braces his leg on that doorjamb or post, I don't know what it's really called,

preventing us from taking him out of the vehicle. He puts the vehicle in drive and says, F y'all, and floors it while we are both still hands on with him. He drags me about 30 plus yards down the roadway. I let go of the vehicle because it was then safe to do so because if I let go right away I would have been run over where we were in that little doorjamb area.

Tucker takes a ride the entire length of that one-way. The vehicle crashes. I get up, run down the roadway, and Tucker has the guy at gunpoint where he was just floating in the little retention river down there. Tucker says, Hey, grab him. I said, I can't, man, my knee.

So Tucker then jumps over, pulls the guy out of the water, rolls him on his stomach, and goes to handcuff him. The guy is still actively resisting him. He finally gets him handcuffed and then Officer Tucker then walks him across the river, we search him, and he gets put in the back of the car.

Q. You said you -- first of all, when you approached the car, how dark was the tint? Was it tinted? Could you see from -- if you were behind the car, could you see through?

A. I wasn't the first car behind it so --

Q. I understand that Tucker told you that he saw

furtive movements. I was just asking could you see in the car?

A. The rear windows, no. I even put my light up to it and I couldn't see into it very well.

Q. Where was Tucker when he said he saw furtive movements? Did he say he was behind him?

A. Yeah. Tucker was the first patrol car behind him and then I was behind Tucker. As Tucker lit him up as the light turned green, he said he observed the guy making furtive movements before the vehicle finally came to a rest.

Q. But you can't see from the back window -- I mean, his windows were tinted, you couldn't seen in?

A. I didn't see the furtive movements, Officer Tucker did, so I was going off what Officer Tucker observed.

Q. At the beginning of the video Tucker asked twice about weapons in the car. Mr. Jarvis says there's nothing in there. You had asked also at one point in time -- I left my notepad in the office, but you had asked also at one point in time about weapons in the car. He said he didn't have anything.

Then at the end when you guys asked to search the car, you tell him it's for officer safety. Is that what you were implying for looking for guns or whatever?

A. We just need to eliminate that possibility if there's anything that we need to know about.
Q. Wouldn't you do that at the beginning if he's making those movements just to make sure so if you're standing right by his window there isn't the chance of him just grabbing something?
A. This was maybe my first, if not one of my first stops, and I was still learning how the whole furtive movement thing worked.
Q. Okay. Did you have a chance to read the motion from the judge granting the suppression?
A. Yes, I read it and I was present for it.
Q. Did you understand what she spelled out as far as once, you know, the ticket, paperwork, whatever was given, you know, the stop is done, now it's consensual?
A. I understood that after the fact, yes, sir. I remember from training, from the academy I believe it was, you're supposed to -- they advised give their stuff back so they don't feel coerced or pressured into having to get out of the vehicle because you're still in possession of their belongings.
Q. So that means once their stuff is given back they're free to go, the traffic stop is done?
A. I now know that, yes, sir.
MR. ROMAN: Okay. You good? Do you having

anything you would like to add?

SERGEANT CHIRILLO: No.

DETECTIVE ROMAN: Do you have anything you would like to add that you feel may be pertinent or you would like to say?

OFFICER MACKENZIE: No, I think that's it.

DETECTIVE ROMAN: Thank you guys for coming in. The time now is 4:15 p.m. This concludes our interview.

(Recorded interview concluded at 4:15 p.m.)

R E P O R T E R 'S C E R T I F I C A T E

STATE OF FLORIDA )
COUNTY OF PINELLAS )

I, SHEILA M. CURRIE, Registered Professional Reporter, do hereby certify that I was authorized to and did transcribe from audio recording the foregoing proceedings.

I further certify that I am not a relative, employee, attorney, or counsel to any party, nor to the attorneys of said action, nor in any way interested in the outcome thereof.

Dated this 7th day of September, 2023.

Sheila M. Currie
___________________________
Sheila M. Currie, RPR

## 1

**13** [1] - 1:18
**13th** [2] - 2:2, 2:15

## 2

**2002-004** [1] - 1:15
**2020** [1] - 3:19
**2022** [2] - 1:18, 2:3
**2022-004** [1] - 2:9
**2023** [1] - 10:14
**23rd** [1] - 3:19

## 3

**30** [1] - 6:4

## 4

**4:06** [2] - 1:19, 2:3
**4:15** [3] - 1:19, 9:8, 9:10

## 6

**6:23-cv-508-PGB-RMN** [1] - 1:3

## 7

**7th** [1] - 10:14

## A

**a-1** [1] - 1:21
**Abisai** [1] - 2:4
**academy** [1] - 8:17
**acknowledge** [1] - 2:13
**action** [1] - 10:12
**activates** [1] - 4:12
**actively** [1] - 6:16
**activity** [1] - 4:2
**actually** [1] - 2:12
**add** [2] - 9:1, 9:4
**advised** [1] - 8:18
**Angel** [1] - 2:5
**Apartments** [1] - 4:1
**approached** [2] - 4:18, 6:21
**area** [4] - 4:1, 4:5, 4:6, 6:7
**attack** [1] - 5:19
**attorney** [1] - 10:11
**attorneys** [1] - 10:12
**audio** [1] - 10:8
**authorized** [1] - 10:7

## B

**based** [1] - 4:13
**BEACH** [1] - 1:7
**beginning** [2] - 7:17, 8:3
**behind** [5] - 6:22, 6:24, 7:6, 7:7, 7:8
**belongings** [1] - 8:21
**Beville** [2] - 4:17
**bombard** [1] - 2:20
**braces** [1] - 5:24
**BY** [2] - 1:20, 3:15

## C

**capacity** [2] - 1:8, 1:9
**car** [9] - 6:19, 6:21, 6:23, 6:24, 7:2, 7:7, 7:18, 7:22, 7:24
**CASE** [1] - 1:3
**case** [1] - 2:9
**Case** [1] - 1:15
**certify** [2] - 10:7, 10:10
**cetera** [2] - 4:3, 5:14
**chance** [3] - 2:25, 8:5, 8:10
**CHIRILLO** [1] - 9:2
**Chirillo** [2] - 2:6, 2:19
**citizen** [1] - 3:16
**CITY** [1] - 1:7
**coerced** [1] - 8:19
**combative** [1] - 5:17
**coming** [1] - 9:7
**commands** [1] - 5:20
**complaint** [2] - 3:17, 3:25
**computer** [2] - 4:14, 5:7
**concluded** [1] - 9:10
**concludes** [1] - 9:8
**conducted** [1] - 3:19
**conducting** [1] - 4:13
**consensual** [1] - 8:15
**constant** [1] - 4:23
**continued** [1] - 5:4
**contraband** [1] - 5:10
**conversation** [1] - 5:4
**Corporation** [1] - 1:7
**correct** [1] - 2:16
**counsel** [1] - 10:11
**COUNTY** [1] - 10:4
**course** [1] - 2:19
**COURT** [1] - 1:1
**Court** [1] - 1:21
**crashes** [1] - 6:9
**CURRIE** [2] - 1:20, 10:6
**Currie** [1] - 10:18

## D

**dark** [1] - 6:21
**DATE** [1] - 1:18
**Dated** [1] - 10:14
**DAYTONA** [1] - 1:7
**Defendants** [1] - 1:10
**description** [1] - 4:4
**detected** [1] - 4:6
**DETECTIVE** [10] - 2:2, 2:18, 2:23, 3:2, 3:5, 3:7, 3:13, 3:15, 9:3, 9:7
**detective** [1] - 2:4
**dispatched** [1] - 3:25
**distracted** [1] - 5:5
**DISTRICT** [2] - 1:1, 1:1
**DIVISION** [1] - 1:2
**done** [2] - 8:15, 8:23
**door** [1] - 5:15
**doorjamb** [2] - 5:24, 6:7
**down** [4] - 4:1, 6:4, 6:9, 6:11
**drags** [1] - 6:3
**drive** [2] - 4:8, 6:2
**drive-by** [1] - 4:8
**driver** [3] - 4:8, 4:9, 4:24
**driver's** [2] - 4:19, 4:21

## E

**east** [1] - 4:16
**eliminate** [2] - 5:12, 8:1
**emergency** [1] - 4:12
**employee** [1] - 10:11
**end** [1] - 7:23
**entire** [1] - 6:8
**et** [2] - 4:2, 5:14
**events** [1] - 4:15
**exactly** [2] - 3:23, 5:1
**EXAMINATION** [1] - 3:14
**explained** [1] - 5:11
**eye** [1] - 4:24

## F

**fact** [1] - 8:16
**far** [1] - 8:13
**favor** [2] - 3:7, 3:22
**filed** [1] - 3:17
**final** [1] - 4:16
**finally** [2] - 6:17, 7:10
**fine** [1] - 5:16
**firearms** [1] - 5:13
**first** [5] - 6:20, 6:24, 7:7, 8:7
**floating** [1] - 6:11
**floors** [1] - 6:2
**FLORIDA** [2] - 1:1, 10:3
**Florida** [1] - 1:7
**followed** [1] - 4:7
**foregoing** [1] - 10:8
**Former** [1] - 3:18
**free** [1] - 8:23
**furtive** [7] - 4:24, 5:12, 7:1, 7:5, 7:10, 7:14, 8:8

## G

**gas** [2] - 4:7, 4:10
**given** [3] - 4:4, 8:15, 8:22
**grab** [1] - 6:12
**grabbing** [1] - 8:6
**granting** [1] - 8:11
**green** [1] - 7:9
**grenades** [1] - 5:14
**gun** [1] - 5:19
**gunpoint** [1] - 6:10
**guns** [1] - 7:25
**guy** [10] - 5:4, 5:8, 5:11, 5:15, 5:23, 6:10, 6:14, 6:16, 7:9
**guys** [4] - 2:14, 7:23, 9:7

## H

**hand** [1] - 3:8
**handcuff** [1] - 6:16
**handcuffed** [1] - 6:17
**hands** [3] - 5:3, 5:23, 6:3
**hereby** [1] - 10:7

## I

**IA** [2] - 1:15, 2:9
**implying** [1] - 7:25
**incident** [1] - 3:20
**individually** [2] - 1:8, 1:9
**insurance** [1] - 4:21
**interested** [1] - 10:12
**interview** [3] - 2:13, 9:9, 9:10
**INTERVIEW** [1] - 1:13
**interviewing** [1] - 2:8

## J

**jail** [1] - 5:22
**JAMES** [2] - 1:9, 1:14
**James** [1] - 2:8
**JARVIS** [1] - 1:4
**Jarvis** [2] - 3:17, 7:18
**judge** [1] - 8:11
**jumps** [1] - 6:14
**JUNE** [1] - 1:18
**June** [2] - 2:2, 2:15

## K

**Kary** [1] - 3:17
**KARY** [1] - 1:4
**keep** [3] - 4:23, 5:3, 5:4
**knee** [1] - 6:13
**knife** [2] - 4:25, 5:2
**knives** [1] - 5:14
**known** [1] - 4:1

## L

**large** [1] - 4:25
**learning** [1] - 8:8
**leaves** [1] - 4:10
**left** [1] - 7:20
**leg** [1] - 5:24
**length** [1] - 6:8
**license** [2] - 4:9, 4:21
**light** [2] - 7:3, 7:9
**lights** [1] - 4:12
**lit** [1] - 7:8
**looking** [1] - 7:25

## M

**MACKENZIE** [9] - 1:9, 1:14, 2:17, 2:21, 3:1, 3:4, 3:6, 3:12, 9:6
**Mackenzie** [3] - 2:9, 2:10, 2:24
**man** [1] - 6:12
**Marville** [1] - 3:18
**MARVILLE** [1] - 1:8
**mean** [1] - 7:13
**means** [1] - 8:22
**messaged** [1] - 4:14
**MIDDLE** [1] - 1:1
**Mike** [1] - 2:10
**mind** [1] - 2:18
**MONDAY** [1] - 1:18
**Monday** [2] - 2:2, 2:15
**motion** [1] - 8:10
**movement** [1] - 8:9
**movements** [8] - 4:24, 5:2, 5:12, 7:1, 7:6, 7:10, 7:14, 8:4

**MR** [3] - 2:16, 2:22, 8:25
**Municipal** [1] - 1:7

**N**

**narcotic** [1] - 4:2
**narcotics** [2] - 3:25, 4:2
**need** [3] - 5:12, 8:1, 8:2
**NO** [1] - 1:3
**notepad** [1] - 7:20
**nothing** [2] - 3:10, 7:19
**notification** [1] - 2:25

**O**

**observed** [3] - 4:25, 7:9, 7:16
**observes** [1] - 4:11
**obtains** [1] - 4:20
**October** [1] - 3:19
**OF** [5] - 1:1, 1:7, 1:14, 10:3, 10:4
**office** [1] - 7:20
**Office** [2] - 2:4, 2:6
**Officer** [10] - 2:8, 2:10, 3:18, 3:24, 4:6, 4:11, 4:18, 6:17, 7:14, 7:15
**OFFICER** [8] - 1:14, 2:17, 2:21, 3:1, 3:4, 3:6, 3:12, 9:6
**officer** [4] - 2:24, 4:19, 5:7, 7:24
**official** [2] - 1:8, 1:9
**once** [2] - 8:14, 8:22
**one** [5] - 4:17, 6:9, 7:19, 7:21, 8:7
**one-way** [2] - 4:17, 6:9
**opens** [1] - 5:15
**ORLANDO** [1] - 1:2
**outcome** [1] - 10:13

**P**

**P&C** [1] - 2:25
**p.m** [5] - 1:19, 2:3, 9:8, 9:10
**paperwork** [1] - 8:14
**parking** [1] - 4:10
**party** [1] - 10:11
**passenger** [1] - 4:19
**patrol** [1] - 7:7
**PBA** [1] - 2:10
**per** [1] - 2:14
**pertinent** [1] - 9:4
**PINELLAS** [1] - 10:4
**plain** [1] - 5:1
**Plaintiff** [1] - 1:5
**plate** [1] - 4:9
**plus** [1] - 6:4
**point** [2] - 7:19, 7:21
**possession** [1] - 8:21
**possibility** [2] - 5:13, 8:1
**post** [1] - 5:25
**present** [1] - 8:12
**pressured** [1] - 8:19
**preventing** [1] - 6:1
**proceedings** [1] - 10:9
**Professional** [3] - 2:5, 2:6, 10:6
**pulls** [1] - 6:14
**pumps** [1] - 4:9
**put** [2] - 6:19, 7:3
**puts** [1] - 6:2

**Q**

**questions** [1] - 2:19
**quick** [1] - 4:8

**R**

**raise** [1] - 3:8
**read** [4] - 2:25, 3:3, 8:10, 8:12
**really** [1] - 5:25
**rear** [1] - 7:3
**RECORDED** [1] - 1:13
**recorded** [1] - 9:10
**recording** [1] - 10:8
**reference** [3] - 2:9, 3:16, 3:17
**Registered** [1] - 10:6
**registration** [1] - 4:21
**relative** [1] - 10:10
**remember** [3] - 3:20, 5:1, 8:17
**rep** [1] - 2:10
**Reporter** [1] - 10:7
**Reporting** [1] - 1:21
**represent** [1] - 2:10
**resisting** [1] - 6:16
**rest** [2] - 4:16, 7:11
**retention** [1] - 6:11
**retreats** [1] - 5:18
**ride** [1] - 6:8
**Ridgewood** [2] - 4:2, 4:17
**river** [2] - 6:11, 6:18
**road** [1] - 4:17
**roadway** [2] - 6:4, 6:10
**rolls** [1] - 6:15
**ROMAN** [11] - 2:2, 2:18, 2:23, 3:2, 3:5, 3:7, 3:13, 3:15, 8:25, 9:3, 9:7
**Roman** [1] - 2:4
**RPR** [2] - 1:20, 10:18
**run** [2] - 6:6, 6:9

**S**

**safe** [1] - 6:5
**safety** [1] - 7:24
**saw** [2] - 6:25, 7:5
**scene** [1] - 4:5
**Scudiero** [1] - 2:11
**SCUDIERO** [2] - 2:16, 2:22
**search** [3] - 5:9, 6:18, 7:23
**see** [8] - 5:2, 5:3, 6:22, 6:23, 7:1, 7:4, 7:12, 7:14
**September** [1] - 10:14
**Sergeant** [2] - 2:5, 2:19
**SERGEANT** [1] - 9:2
**service** [1] - 3:24
**several** [1] - 5:20
**SHEILA** [2] - 1:20, 10:6
**Sheila** [1] - 10:18
**side** [2] - 4:19
**signature** [1] - 3:5
**sirens** [1] - 4:12
**small** [1] - 5:4
**South** [1] - 4:2
**spelled** [1] - 8:13
**spiel** [1] - 4:20
**Standards** [2] - 2:5, 2:7
**standing** [1] - 8:5
**started** [1] - 2:12
**starts** [1] - 5:17
**STATE** [1] - 10:3
**STATES** [1] - 1:1
**station** [1] - 4:7
**stayed** [1] - 4:23
**still** [4] - 6:3, 6:16, 8:8, 8:20
**stomach** [1] - 6:15
**stop** [5] - 3:18, 4:13, 4:20, 8:15, 8:23
**stops** [1] - 8:8
**stuff** [3] - 5:8, 8:18, 8:22
**subject** [1] - 2:25
**supposed** [1] - 8:18
**suppression** [1] - 8:11
**swear** [1] - 3:9
**switch** [1] - 2:15

**T**

**testimony** [1] - 3:9
**thereof** [1] - 10:13
**ticket** [1] - 8:14
**TIME** [1] - 1:19
**tint** [1] - 6:21
**tinted** [2] - 6:22, 7:13
**today** [4] - 2:2, 2:8, 2:15, 3:16
**traffic** [5] - 3:18, 4:11, 4:13, 4:20, 8:23
**trained** [1] - 5:5
**training** [1] - 8:17
**transcribe** [1] - 10:8
**TRANSCRIBED** [1] - 1:20
**truth** [3] - 3:10, 3:11
**trying** [2] - 5:19, 5:23
**TUCKER** [1] - 1:8
**Tucker** [21] - 3:19, 3:24, 4:6, 4:11, 4:18, 4:20, 5:7, 5:15, 6:8, 6:10, 6:12, 6:14, 6:17, 6:25, 7:5, 7:7, 7:8, 7:15, 7:17
**Tuesday** [1] - 2:14
**turn** [1] - 4:14
**turned** [1] - 7:9
**twice** [1] - 7:18

**U**

**understood** [1] - 8:16
**UNITED** [1] - 1:1
**up** [3] - 6:9, 7:3, 7:8

**V**

**vehicle** [21] - 4:4, 4:7, 4:9, 4:16, 4:18, 4:22, 4:23, 5:9, 5:10, 5:16, 5:18, 5:21, 5:24, 6:1, 6:2, 6:5, 6:9, 7:10, 8:20
**verbally** [1] - 5:17
**video** [1] - 7:17
**view** [1] - 5:1
**violation** [2] - 4:11, 4:13
**Virginia** [1] - 4:1
**visual** [1] - 4:8

**W**

**walk** [1] - 5:16
**walks** [1] - 6:18
**water** [1] - 6:15
**weapons** [2] - 7:18, 7:21
**well-known** [1] - 4:1
**whole** [2] - 3:10, 8:8
**window** [2] - 7:12, 8:5
**windows** [2] - 7:3, 7:13

**Y**

**y'all** [1] - 6:2
**yards** [1] - 6:4