# Detailed History for Police Event #P202971961 As of 5/15/2023 13:50:36

**Output for: D27023**

**Priority:2 Type:ABAT - Assault/Battery**
**Location:1500 VIRGINIA AV, DB btwn ADELINE ST and TRIXIE ST**
**Map:30 R98 U28**

| | | | |
|---|---|---|---|
| Created: | 10/23/2020 16:48:01 | CC51 | 8821 |
| Entered: | 10/23/2020 16:50:05 | CC51 | 8821 |
| Dispatch: | 10/23/2020 16:51:23 | CC22 | 8739 |
| Enroute: | 10/23/2020 16:51:23 | CC22 | 8739 |
| Onscene: | 10/23/2020 16:55:04 | DB210 | D53583 |
| Transprt: | 10/23/2020 17:40:40 | CC22 | 8739 |
| Complete: | 10/23/2020 17:53:11 | CC22 | 8739 |
| Closed: | 10/24/2020 02:30:02 | DB210 | D53583 |

EXHIBIT 9

**ICUnit: PrimeUnit:3C58 Dispo:INC Type:ABAT - Assault/Battery**
**Agency:DB Darea:DBE Beat:DB58 Block:9026**
**Case #:DB200018358**
**XREF::Fire Event:#F202970321 Type:MEDF Agency:DF** ☐ **Detail**

---

| | | |
|---|---|---|
| 16:48:01edt | CREATE | Location:1500 VIRGINIA AV, DB Type:SVEH Darea:DBE RD:9026 TypeDesc:Susp Vehicle LocDesc:btwn ADELINE ST and TRIXIE ST Priority:2 Response:1PAT Agency:DB Map:30 R98 U28 LocType:S GeoLong:-81.010840 GeoLat:29.185445 |
| 16:50:05 | APCO | Case#:2020102316484100-8821 Classify:Suspicious Vehicle Comment:[APCO LE CATEGORY GENERAL QUESTIONS]<br>Call State Changed: <Begin Call><br>Complaint Name: <Suspicious Vehicle><br>Priority Symptom: <SUSPICIOUS VEHICLE - LE><br>Actual Priority: <PRIORITY 2><br>General Question 2: <Incident Type Suspicious Vehicle><br>General Question 1: <Does the reporting party or subject(s) that will be in contact with units have a: fever, cough, or any new respiratory problems. unk><br>[APCO LE CATEGORY VITAL POINT QUESTIONS]<br>Specifically, what is the location of the vehicle? <in the parking lot><br>What makes the vehicle suspicious? <see narrative><br>How long has it been there? <10 mins><br>Is the vehicle occupied? <YES><br>How many occupants? <anywhere from 6-10 people><br>Is the vehicle still there? <YES><br>Does the nature of the call require a priority upgrade? <NO> |
| 16:50:05 | ENTRY | Comment:OCCURING RIGHT NOW<br>BLK OR NVY BLU MITS BACKED INTO PARKING LOT // POSS NARC RELATED<br>RP ADV'D PEOPLE KEEP GOING IN & OUT OF VEH<br>MALE WALKING AROUND VEH / FEM GOING BACK & FORTH |
| 16:50:05 | SUBJ | S#:1 Race:W Sex:M Age:40S Misc:TATTOOS ON ARMS/RED TANK TOP/BLK BASKETBALL SHORTS/WHI SHOES -- CARRYING BACKPACK |
| 16:50:05 | SUBJ | S#:2 Race:W Sex:F Age:30S Misc:FLORAL DRESS |
| 16:50:05 | -PREMIS | Comment:OCC, PPR, FPR |
| 16:50:05 | -PINFO | PremType:OCC Location:1500 VIRGINIA AV, DB Plans:N Comment:**HAVE LAW ENFORCEMENT RESPOND TO ALL MEDICAL AND FIRE CALLS FOR APT #111.<br>SUBJECT BRIAN LUCERNONI (DOB 06/29/80), HAS BEEN COMBATIVE WITH FIRE/EMS CREWS.<br>LT TYREE - 01/28/2020 |

| | | |
|---|---|---|
| 16:50:05 | APCO | Case#:P202971961 Classify:Suspicious Vehicle Comment:[APCO LE CATEGORY GENERAL QUESTIONS] |
| 16:50:07 | APCO | Case#:P202971961 Classify:Suspicious Vehicle Comment:[APCO LE CATEGORY GENERAL QUESTIONS]<br>Call State Changed: <End Call><br>[APCO LE CATEGORY VITAL POINT QUESTIONS] |
| 16:50:20 | INFO | Name:ANON RP_Cont:A |
| 16:51:03 | SELECT | |
| 16:51:13 | INFO | |
| 16:51:13 | VEH | V#:1 VehCol:BLK Make:MITS Model:SUV Misc:BLK OR NVY BLU |
| 16:51:23 | DISPER | 3C58 Operator:D53583 OperNames:TUCKER,MARVILLE |
| 16:51:23 | -PRIU | 3C58 |
| 16:51:40 | BACKER | 3C57 UnitID:3C58 Location:1500 VIRGINIA AV, DB Operator:D53183 OperNames:MACKENZIE,JAMES |
| 16:51:52 | INFO | |
| 16:51:52 | SUBJ | S#:3 Race:W Sex:F Age:30S Misc:BLK TOP/MULTI LEGGING THAT SAY 'PINK' |
| 16:52:52 | INFO | Comment:RP ADV'D THE UNIT THEY KEEP GOING BACK & FORTH FROM IS NEAR WHERE THE MITS IS PARKED |
| 16:54:30 | INFO | Comment:RP ADV'D THERE'S STILL MOVEMENT IN THE CAR // ALL DOORS CLOSED NOW & PEOPLE NO LONGER GOING BACK & FORTH |
| 16:54:48 | INFO | Comment:CAR IS PULLING OFF |
| 16:55:04 | *ONSCN | 3C58 |
| 16:55:32 | INFO | Comment:RP NOT SURE WHICH DIRECTION THEY LEFT IN -- POSS TRIXIE |
| 16:55:39 | NOMORE | |
| 16:55:54 | MISCN | 3C58 Comment:VEHICLE JUST LEFT ON RIDGEWOOD - SB TOWARDS THE RACETRAC |
| 16:57:18 | *ONSCN | 3C57 |
| 16:57:53 | MISCN | 3C58 Plate:CUN049 Comment:FL |
| 16:57:33 | LOGM | 3C58 Message:012010232057038337 MessageType:Text Received:10/23/2020 16:57:55 Comment:NRF |
| 16:58:09 | MISCN | 3C58 Plate:CU049 Comment:FL |
| 16:57:52 | LOGM | 3C58 Message:012010232057038347 MessageType:Text Received:10/23/2020 16:58:11 Comment:NRF |
| 16:58:50 | MISCN | 3C58 Plate:CUN0498 Comment:FL |
| 16:58:29 | LOGM | 3C58 Message:012010232058038380 MessageType:Text Received:10/23/2020 16:58:51 Comment:BLU MITS - NEG VAL |
| 16:59:09 | *RFT | 3C57 OLN:J612516810670 |
| 17:05:14 | CLOS | 3C58 3C57 Location:RACETRAC GAS STATION, DB |
| 17:05:16 | OK | 3C58 3C57 |
| 17:06:48 | ATSTOP | 3C58 3C57 Location:BEVILLE RD/S RIDGEWOOD AV, DB |
| 17:06:54 | MISCN | 3C58 Comment:ON VEH |
| 17:08:53 | ATSTOP | 3C58 3C57 Location:BEVILLE RD/S RIDGEWOOD AV, DB |
| 17:10:46 | MISCN | 3C58 Comment:TTY |
| 17:13:16 | OK | 3C58 |
| 17:13:25 | RFT | 3C58 OLN:J612516810670 |
| 17:13:01 | LOGM | 3C58 Message:012010232113039155 MessageType:Text Received:10/23/2020 17:12:54 Comment:JARVIS VALID DL |
| 17:13:21 | LOGM | 3C58 Message:012010232113039163 MessageType:Text Received:10/23/2020 17:12:55 Comment:JARVIS FIRS REF TRAFF IN STOLEN PROP |
| 17:13:31 | INV | 3C58 Type:INVP Priority:1 Name:JARVIS,KARY Race:W Sex:M DOB:02/27/1981 Age:39 Category:P |
| 17:20:24 | MISC | 3C57 Comment:BEVILLE PALMETTO..S/4 1 AT GUNPOINT |
| 17:20:27 | MISC | 3C57 Comment:ET |
| 17:20:49 | -ASSOC | Service:F Event:#F202970321 Type:MEDF Agency:DF Comment:1 AT GUNPOINT.. MVA..NOT SECURE |
| 17:21:02 | MISC | Comment:AGG BATTERY ON LEO..ET |

| | | |
|---|---|---|
| 17:21:08 | BACKER | 3C77 UnitID:3C57 Location:BEVILLE RD/S RIDGEWOOD AV, DB Operator:D80953 OperNames:RAYNOR,JASON |
| 17:21:07 | STGON | StagedResp:N-->Y Comment:NOTES |
| 17:21:24 | CHGLOC | 3C77 Location:BEVILLE RD/S PALMETTO AV, DB |
| 17:21:40 | MISC | 3C57 Comment:1 SECURE..ET CLEAR |
| 17:22:20 | MISC | Comment:ALL THREE PERSONS WILL HAVE ROAD RASH |
| 17:22:24 | *BACKER | 3A52 UnitID:3C57 Location:BEVILLE RD/S RIDGEWOOD AV, DB Operator:D32493 OperNames:RIDDELL,JON |
| 17:22:38 | *CLEAR | 3A52 Dispo:NR |
| 17:22:57 | BACKOS | 3A56 UnitID:3C77 Location:BEVILLE RD/S PALMETTO AV, DB Operator:D85873 OperNames:RANDOLPH,TOURE |
| 17:23:05 | CHGLOC | 3A56 |
| 17:23:11 | CHGLOC | 3A56 Location:BEVILLE RD/S PALMETTO AV, DB |
| 17:23:16 | ATSTPC | 3C57 |
| 17:23:22 | CLOS | 3C57 Location:BEVILLE RD/S PALMETTO AV, DB |
| 17:23:47 | ATSTPC | 3C58 |
| 17:23:49 | CLOS | 3C58 Location:BEVILLE RD/S PALMETTO AV, DB |
| 17:23:54 | BACKOS | 3C22 UnitID:3C57 Location:BEVILLE RD/S PALMETTO AV, DB Operator:D43813 OperNames:CERCE,JOSEPH |
| 17:25:14 | OK | 3A56 |
| 17:25:25 | RFT | 3A56 OLN:L516535651870 |
| 17:25:31 | LOGM | 3A56 Message:012010232125039861 MessageType:Text Received:10/23/2020 17:25:25 Comment:LAMBERT..NEG.VLD |
| 17:25:44 | INV | 3A56 Type:INVP Priority:1 Name:LAMBERT, LOCKARD P Race:W Sex:M DOB:05/27/1965 Age:55 Category:P |
| 17:26:26 | *RFT | 3C77 OLN:J612516810670 |
| 17:26:47 | OK | 3C77 |
| 17:27:26 | OK | 3C58 3C22 3C57 |
| 17:27:33 | RFT | 3C77 OLN:J612516810670 |
| 17:27:12 | LOGM | 3C77 Message:012010232127039945 MessageType:Text Received:10/23/2020 17:27:05 Comment:JARVIS FIRS |
| 17:27:17 | *BACKOS | 3A57 UnitID:3C57 Location:BEVILLE RD/S PALMETTO AV, DB Operator:D65783 OperNames:SAULT,NICHOLAUS |
| 17:27:17 | LOGM | 3C77 Message:012010232127039977 MessageType:Text Received:10/23/2020 17:27:05 Comment:JARVIS..NEG.VLKD |
| 17:27:54 | OK | 3A57 |
| 17:28:01 | INV | 3C77 Type:INVP Priority:1 Name:JARVIS, KARY R Race:W Sex:M DOB:02/27/1981 Age:39 Category:P |
| 17:30:38 | BACKOS | 301 UnitID:3C22 Location:BEVILLE RD/S PALMETTO AV, DB Operator:D98883 OperNames:YOUNG,JAKARI |
| 17:30:41 | OK | 301 |
| 17:31:03 | BACKOS | 3A51 UnitID:3A57 Location:BEVILLE RD/S PALMETTO AV, DB Operator:D91943 OperNames:BISSA,JAMES Comment:PER AVL |
| 17:31:05 | OK | 3A51 |
| 17:34:26 | OK | 3A56 |
| 17:34:44 | RFT | 3A56 OLN:T600530631790 |
| 17:35:00 | LOGM | 3A56 Message:012010232135040348 MessageType:Text Received:10/23/2020 17:34:54 Comment:THAYER VALID DL |
| 17:37:15 | LOGM | 3A56 Message:012010232137040492 MessageType:Text Received:10/23/2020 17:34:53 Comment:THAYER VALID DL |
| 17:37:26 | INV | 3A56 Type:INVP Priority:1 Name:THAYER,LESLIE Race:B Sex:M DOB:05/19/1963 Age:57 Category:P |
| 17:38:50 | CASE | 3A56 Case#:DB200018358 |
| 17:40:39 | ONSCN | 3C77 |
| 17:40:40 | TRANSP | 3C77 Location:704, DB Mileage:880 Comment:A/M 10-15 |
| 17:47:07 | CLEAR | 301 |

| | | |
|---|---|---|
| 17:47:52 | *CLEAR | 3A56 Dispo:INC Comment:SUPPLEMENT |
| 17:53:11 | CMPLT | 3C77 Mileage:885 |
| 18:11:14 | *BACKER | 3C56 UnitID:3C57 Location:BEVILLE RD/S PALMETTO AV, DB Operator:D84092 OperNames:DICKENS,AMANDA |
| 18:13:36 | *CLEAR | 3A51 Dispo:NR |
| 18:13:42 | *CLEAR | 3C56 Dispo:NR |
| 18:17:50 | *CLEAR | 3C22 Dispo:NR |
| 18:27:34 | CLOS | 3C77 Location:704 #C35, DB |
| 18:27:38 | OK | 3C77 |
| 18:28:01 | *CLEAR | 3A57 Dispo:NR |
| 20:25:07 | MISC | 3C77 Comment:ARESTEE TUNED OVER TO PT |
| 20:25:17 | CHGLOC | 3C77 Location:PRECINCT, DB Comment:TAG EVIDENCE |
| 20:38:17 | *ONSCN | 3C77 |
| 21:18:00 | OK | 3C77 |
| 23:24:29 | CLEAR | 3C77 Dispo:INC |
| 23:32:30 | *CLEAR | 3C57 Dispo:INC Comment:AXON/SUPPLEMENT |
| 23:41:02 | BACKUP | 3C77 UnitID:3C58 Location:BEVILLE RD/S PALMETTO AV, DB Operator:D80953 OperNames:RAYNOR,JASON |
| [10/24/2020] | | |
| 00:18:34 | *MISC | 3C77 Comment:Assisted in tagging evidence, and transport of 10-15 to 704. |
| 00:18:35 | *CLEAR | 3C77 Dispo:NR |
| 00:53:16 | OK | 3C58 |
| 00:53:28 | CHANGE | 3C58 Type:SVEH-->ABAT TypeDesc:Susp Vehicle-->Assault/Battery Comment:AGG BATT |
| 02:02:35 | *CLOS | 3C58 Location:1 MAIN ST BRIDGE, DB |
| 02:02:54 | *CHGLOC | 3C58 Location:VALOR Comment:EVIDENCE |
| 02:30:02 | *CLEAR | 3C58 Dispo:INC |
| 02:30:02 | -CLEAR | |
| 02:30:02 | *CLOSE | |
| 02:46:48 | XREF | Service:P Event:#P202980295 Type:THC Agency:DB |
| [04/19/2023] | | |
| 18:40:01 | XREF | Service:P Event:#P231092044 Type:THC Agency:DB |
| 18:40:01 | -PREMIS | Comment:OCC, PPR, FPR |
| 18:40:01 | -PINFO | PremType:OCC Location:1500 VIRGINIA AV, DB Plans:N Comment:**HAVE LAW ENFORCEMENT RESPOND TO ALL MEDICAL AND FIRE CALLS FOR APT #111. SUBJECT BRIAN LUCERNONI (DOB 06/29/80), HAS BEEN COMBATIVE WITH FIRE/EMS CREWS.<br>LT TYREE - 01/28/2020 |

CONTACT INFO:

| Name | Phone | RPaddr | RP_Cont | Other_PX | Weapon? | SigEvent |
|---|---|---|---|---|---|---|
| ANON | | | A | | | |