# EXHIBIT LIST

X PLAINTIFF ___ DEFENDANT ____ JOINT

___ GOVERNMENT___ COURT

CASE NO. 6:23-CV-00508-JSS-RMN
STYLE: KARY JARVIS V. CITY OF DAYTONA BEACH, MARVILLE TUCKER, & JAMES MACKENZIE

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 1 | | | | 402, 802 | **Marville Tucker Interrogatories** |
| 2 | | | | 402, 802 | **James Mackenzie Interrogatories** |
| 3 | | | | 402, 802, 901, Rule 26(e) | **Tow Report** |
| 4 | | | | 402, 403, 802, 901,Rule 26(e) | **Assignment Sheet Tucker** |
| 5 | | | | 402, 802 | **City of Daytona Beach Interrogatories** |
| 6 | | | | 402, 802 | **City of Daytona Beach Admissions** |
| 7 | | | | | **707 Charging Affidavit, Case No. 2020 305143 CFDB** |
| 8 | | | | 402, 403, 901, 802 | **Marville Tucker Reprimand** |
| 9 | | | | 402, 403, 901, 802 | **James Mackenzie Reprimand** |
| 10 | | | | 402, 403, 901, 802 | **Office of Professional Standards Report Subject Case** |
| 11 | | | | 402, 403, 901, 802, 701, 704 | **Order on Motion to Suppress Case No. 2020 305143 CFDB** |

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

# EXHIBIT LIST

_X_ PLAINTIFF ___ DEFENDANT ____ JOINT

___ GOVERNMENT ___ COURT

CASE NO. 6:23-CV-00508-JSS-RMN

STYLE: KARY JARVIS V. CITY OF DAYTONA BEACH, MARVILLE TUCKER, & JAMES MACKENZIE

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 12 | | | | 402, 403, 901, 802, 701, 704 | **Motion to Suppress in Case No. 2020 305143 CFDB** |
| 13 | | | | 402, 403, 802 | **Nolle Prosequi Case No. 2020 305143 CFDB** |
| 14 | | | | 402, 403, 802 | **No Information Case No. 2020 305143 CFDB** |
| 15 | | | | 402, 403, 802 | **Notice of Appeal** |
| 16 | | | | | **CAD Report** |
| 17 | | | | 402, 403, 802 | **Deposition of James Mackenzie Case No. 2020 305143 CFDB** |
| 18 | | | | 402, 403, 802 | **Deposition of Marville Tucker Case No. 2020 305143 CFDB** |
| 19 | | | | 402, 403, 802 | **Order of Dismissal Case No. 5D21-2656** |
| 20 | | | | 402, 403, 802, 901 Rule 26(e) | **Suppression Hearing Transcript** |
| 21 | | | | 402, 403, 802 | **Transcipt of James Mackenzie interview with OPS** |
| 22 | | | | 402, 403, 802, 901, Rule 26(e) | **Use of Force 2021-067** |

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

# EXHIBIT LIST

_X_ PLAINTIFF ___ DEFENDANT ____ JOINT

___ GOVERNMENT ___ COURT

CASE NO. 6:23-CV-00508-JSS-RMN
STYLE: KARY JARVIS V. CITY OF DAYTONA BEACH, MARVILLE TUCKER, & JAMES MACKENZIE

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 23 | | | | 402, 403, 802, 901 | **Investigative Report 102-IA2021-010** |
| 24 | | | | 402, 403, 802, 901 | **Investigative Report IA-2021-008** |
| 25 | | | | 402, 403, 802, 901 | **Order Motion to Suppress Case No. 2015 301687** |
| 26 | | | | 402, 403, 802, 901, Rule 26(e) | **Order for Pretrial Services** |
| 27 | | | | 402, 403, 802, 901 | **Tucker Use of Force logs** |
| 28 | | | | 402, 403, 802, 901, Rule 26(e) | **James Mackenzie Use of Force logs** |
| 29 | | | | 802, 901, 402 | **Kary Jarvis Medical Records (Advantacare, Zion, Accident & Injury, Coastal Mental Health)** |
| 30 | | | | 402, 403, 802, 901, Rule 26(e) | **Judicial Actions against City of Daytona Beach** |
| 31 | | | | 402, 403, 802, 901, Rule 26(e) | **News Articles** |
| 32 | | | | 402, 403, 802, 901, Rule 26(e) | **Use of Force Investigations OPS** |
| 33 | | | | 402, 403, 802, 901, Rule 26(e) | **Tiffanie Hemness Impeachment Materials** |

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

# EXHIBIT LIST

_X_ PLAINTIFF ___ DEFENDANT ____ JOINT

___ GOVERNMENT ___ COURT

CASE NO. ______________________________
STYLE: ______________________________

| EXHIBIT NO. | DATE IDENTIFIED | DATE ADMITTED | SPONSORING WITNESSES | OBJECTIONS / STIPULATED ADMISSIONS[1] | DESCRIPTION OF EXHIBIT |
|---|---|---|---|---|---|
| 34 | | | | 802, 402, 403 | **Axon Videos** |
| 35 | | | | 402, 403, 802, Rule 26(e) | **Richard Hough Expert Report from Cedric Beasley Case (Impeachment)** |
| 36 | | | | 402, 403, 802, Rule 26(e) | **Audio of Mackenzie Interview OPS** |
| 37 | | | | 402, 403, 802, 901 | **Plea offer in Case No. 2020 305143 CFDB** |
| 38 | | | | | |
| 39 | | | | | |
| 40 | | | | | |
| 41 | | | | | |
| 42 | | | | | |
| 43 | | | | | |
| 44 | | | | | |

[1] Use a code (e.g. "A"or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.