# EXHIBIT LIST

___ PLAINTIFF   _X_ DEFENDANTS   ____ JOINT

___ GOVERNMENT___ COURT

CASE NO. 6:23-CV-00508-JSS-RMN
STYLE: JARVIS, KARY V. CITY OF DAYTONA BEACH, MARVILLE TUCKER & JAMES MACKENZIE

| Exhibit No. | Date Identified | Date Admitted | Witness | Objections / Stipulated Admissions[1] | Description |
|---|---|---|---|---|---|
| 1. | | | | I, H, R, UP | 707 Charging Affidavit and Incident Report, dated October 20, 2020 |
| 2. | | | | I, H, R, UP, A | Narrative/Supplement, Toure Randolph |
| 3. | | | | I, H, R, UP | Narrative/Supplement, Marville Tucker |
| 4. | | | | I, H, R, UP | Narrative/Supplement, James Mackenzie |
| 5. | | | | Agreed | CAD Report P202971961 |
| 6. | | | | I, A, H, NPP | CAD Report P202980295 |
| 7. | | | | I, R, H, NPP | Property and Evidence Return Receipt |
| 8. | | | | I, R, H, NPP | Volusia County Jail Property Photograph |
| 9. | | | | I, H, R, UP | Axon Body Worn Camera Video Footage |
| 10. | | | | I, H, R, UP | Training Records, Marville Tucker |

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objection. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's date stamp.

| | | | | | |
|---|---|---|---|---|---|
| **11.** | | | | I, H, R, UP | Training Records, James Mackenzie |
| **12.** | | | | I, R, H, UP | First Appearance Action Form |
| **13.** | | | | I, R, H, UP | Judgment and Sentence, Case No. 1999 033804 CFAES |
| **14.** | | | | I, R, H, UP | Judgment and Sentence, Case No. 2012 304146 CFAES |
| **15.** | | | | I, R, H, UP | Judgment and Sentence, Case No. 2014 304833 CFDB |
| **16.** | | | | I, R, H, UP | Judgment and Sentence, Case No. 2014 305024 CFDB |
| **17.** | | | | I, R, H, UP | Judgment and Sentence, Case No. 2015 300585 CFDB |
| **18.** | | | | I, R, H, UP | Judgment and Sentence, Case No. 2015 303654 CFDB |
| **19.** | | | | I, R, H, UP | Judgment and Sentence, Case No. 2023 300672 CFDB |
| **20.** | | | | I, R, H, UP, A | Jail Phone Calls of Defendant from Volusia County Jail |
| **21.** | | | | I, R, H, UP, A | Jail Tablet Records of Defendant from Volusia County Jail |
| **22.** | | | | I, R, H, UP, A | Medical Records from Halifax Health Hospital |
| **23.** | | | | I, R, H, UP, A | Medical Records from Volusia County Jail |
| **24.** | | | | Agreed | Business Records from Bubba Gump Shrimp Co. |
| **25.** | | | | I, R, H, UP | Video of Plaintiff Bowling |
| **26.** | | | | I, R, H, UP | DBPD Directive #1110 |

| | | | | | |
|---|---|---|---|---|---|
| **27.** | | | | I, R, H, UP | DBPD Directive #600 |
| **28.** | | | | I, R, H, UP | DBPD Directive #1206 |
| **29.** | | | | I, R, H, UP | DBPD Directive #1006 |
| **30.** | | | | I, R, H, UP | DBPD Directive #1230 |
| **31.** | | | | I, R, H, UP | DBPD Directive #204 |
| **32.** | | | | I, R, H, UP, NPP | Email from Tim Curtis |
| **33.** | | | | I, R, H, UP | Emails from Tiffanie Hemness |
| | | | | | |