**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KARY JARVIS** **CASE NO.: 6:23-cv-508-JSS-RMN**

**Plaintiff,**

**v.**

**CITY OF DAYTONA BEACH,**
**a Florida Municipal Corporation;**
**and MARVILLE TUCKER, in his official capacity**
**and also, individually; and**
**JAMES MACKENZIE, in his official capacity**
**and also, individually.**

**Defendants.**
**__________________________________/**

## PLAINTIFF'S WITNESS LIST

1. Officer Marville Tucker – Facts.

2. Officer James Mackenzie – Facts.

3. Chief Jakari Young (via deposition) – Facts

4. Sgt. Angel Chirillo - Facts

5. Detective Abisai Roman – Facts/ Has knowledge of the City of Daytona Beach policies and practices.

6. Kary Jarvis – Facts, Damages

7. Jessica Corbin – Facts

8. Kristina Schubert – Facts

9. Thomas Tiderington – Expert

10. Anthony Howe D.C. – Damages

11. Mark Timken – Damages

12. Bryan Thomas M.D. – Damages

13. Natacha Smith, APRN-BC-PMHNP – Damages

14. Joseph Cerce (via Deposition) – Facts

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of August, 2024, I sent a notice of via e-mail to the following: David Russell, Counsel for Defendant, City of Daytona Beach, P.O. Box 2451 Daytona Beach, FL 32115; Bruce Bogan, Counsel for Defendants, Hilyard, Bogan & Palmer, P.A., P.O. Box 4973, Orlando, Fl 32802.

Arthur A. Huggins Jr., Esquire
Huggins Law Firm, PLLC
435 S. Ridgewood Ave. Suite 117
Daytona Beach, FL 32114
arthurhugginslaw@gmail.com
844-484-4467
*Attorney for Plaintiff*