IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARY JARVIS,

Case No.: 6:23-cv-00508-JSS-RMN

Plaintiff,

v.

CITY OF DAYTONA BEACH, a Florida Municipal Corporation, MARVILLE TUCKER, in his official capacity and also individually, and JAMES MACKENZIE, in his official capacity and also individually,

Defendants.

______________________________/

**DEFENDANTS' WITNESS LIST**
(Will call or likely call)

1. Kary Jarvis

   Objection:

2. Marville Tucker

   Objection:

3. James Mackenzie

   Objection:

4. Tiffanie Hemness

   Objection: Rule 401, Rule 404, Rule 803

5. Jessica Corbin

   Objection:

6. Leslie Thayer

Objection:

7. Lockhard Lambert

Objection:

8. Tim Curtis

Objection:

9. Joseph Cerce

Objection:

10. Abisai Roman

Objection:

11. Jakari Young

Objection:

12. Tancye Young

Objection:

13. Brandon Ruth

Objection: