# PLAINTIFF JARVIS' DEPO DESIGNATIONS AND OBJECTIONS

**Plaintiffs Depo Designations for Joseph Cerce**

4:13-18, 5:5-25; 6:1-25; 7:1-25;8:1-25;9:9-25;10:1-15;11:1-25;12:14-25;13:9-25;14:4-25; 15:1-25; 16:1-25; 17:1-25;19:1-25;20:1-25;23:14-25;24:1-25; 25:4-25;26:1-25;27:1-16; 28:1-19; 29:1-13;30:7-25;31:1-17;32:7-17;33:1-25; 34:1-2; 34:20-25; 35:1-25; 36:1-25; 37:1-25; 38:1-25; 40:1-24; 42:5-25; 43:1-5; 44:2-25; 45:1-23; 46:1-25; 47:1-14; 48:1-25; 49:1-25; 50:1-11

**Plaintiffs Depo Designations for Young**

6:1-25;7:1-25; 8:1-25; 9:20-25; 10:1-25; 11:1-7;11:10-12; 11:23-25;12:1-23; 13:10-23; 14:7-15; 14:24-25; 15:1-25; 16:1-25; 17:1-25; 18:1-25; 19:1-25; 20:1-25; 23:1-25; 24:1-25; 25:1-25; 26:1-25; 27:1-25; 28:1-25; 29:1-25; 30:1-25; 31:1-25; 32:1-25; 33:1-25; 34:1-25; 35:1-25; 36:1-25; 37:1-25; 38:1-25; 39:1-25; 40:1-25; 41:1-25; 42:1-25; 43:1-25; 44:1-25; 45:1-25; 46:1-25; 47:1-25; 48:1-25; 49:1-25; 50:1-25; 51:21-25; 52:1-25; 53:1-25; 54:1-25; 55:1-25; 56:1-25; 57:1-25; 58:1-25; 59:1-25; 60:1-25; 61:1-25; 62:1-25; 63:1-25; 64:1-25; 65:1-25; 66:1-25; 67:1-25; 68:1-25; 69:1-25; 70:1-25; 71:1-25; 72:1-25; 75:12-25; 76:1; 79:1-12; 82:1-25;83:1-25; 87:15-25;88:4-25; 89:2-25; 90:1-9