**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**KARY JARVIS** **CASE NO.: 6:23-cv-508-JSS-RMN**

**Plaintiff,**

**v.**

**CITY OF DAYTONA BEACH,**
**a Florida Municipal Corporation;**
**and MARVILLE TUCKER, in his official capacity**
**and also, individually; and**
**JAMES MACKENZIE, in his official capacity**
**and also, individually.**

**Defendants.**
_________________________________/

**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY stipulated by and between the undersigned counsel for the respective parties that this cause has been amicably settled, and that this action be dismissed with prejudice, each party to bear its own costs and attorney fees.

DATED this _12th__ day of OCTOBER , 2026.

/s/ Arthur Huggins Jr.
Arthur A. Huggins Jr., Esquire
Huggins Law Firm, PLLC
435 S. Ridgewood Ave. Suite 117
Daytona Beach, FL 32114
A@TheHugginsLawFirm.com
844-484-4467
*Attorney for Plaintiff*

/s/ Bruce Bogan
Bruce Bogan, Esq.
Hilyard, Bogan and Palmer, P.A.
105 E Robinson St. Ste. 201
Orlando, FL 32801
bbogan@hilyardlawfirm.com
407-425-4251

_/s/ David Russell__________________
David Russell, Esq,
City of Daytona Beach
P.O. Box 2451
Daytona Beach, Fl 32115
russelldavid@daytonabeach.gov

Dated: October 12, 2026