UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KARY JARVIS,

Plaintiff,

v. Case No: 6:23-cv-508-JSS-RMN

CITY OF DAYTONA BEACH,
MARVILLE TUCKER, and JAMES
MACKENZIE,

Defendants.
_______________________________/

**ORDER**

The parties filed a Joint Stipulation for Dismissal With Prejudice, which the court construes as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), contemplating that each party will bear its own attorney fees and costs. (Dkt. 205.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action . . . by filing . . . a stipulation of dismissal signed by all parties who have appeared."). The rule "requir[es] each and every party that has thus far appeared in [the] lawsuit"—including "a party that appeared but has already been removed from [the] action"—"to sign [the] stipulation of dismissal." *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023). Here, Plaintiff and Defendants signed the stipulation through their legal counsel. (Dkt. 205 at 1–2.) Thus, the requirements for dismissal under Rule 41(a)(1)(A)(ii) are met.

Accordingly:

1. The Joint Motion to Dismiss (Dkt. 205) is **GRANTED**.

2. The case is **DISMISSED with prejudice**.

3. Each party shall bear its own attorney fees and costs.

4. The case remains closed.

**ORDERED** in Orlando, Florida, on October 13, 2026.

JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record